UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ANASTACIA SHAFFER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GENERATION, INC., NEIL NGUYEN, CRAIG HOLMES, SCOTT K. GINSBURG, and OMAR CHOUCAIR,<br><br>Defendants. | Civil Action No: 3:13-cv-1684-N<br><br>Class Action |

## STIPULATION OF VOLUNTARY DISMISSAL

THE PARTIES[1], BY AND THROUGH THEIR COUNSEL OF RECORD, agree as follows:

WHEREAS, the complaint in the above-captioned, putative securities class action was filed on May 2, 2013 (the "Complaint") by counsel for Anastacia Shaffer;

WHEREAS, the Court appointed Robert M. Lowinger as Lead Plaintiff and Bernstein Liebhard LLP as Lead Counsel in this action by Order dated September 19, 2013;

WHEREAS, the Parties stipulated to a Case Management Plan and Scheduling Order ("CMO") that was so ordered by the Court on October 25, 2013;

WHEREAS, the CMO provides that Lead Plaintiff may file an amended complaint by December 6, 2013;

WHEREAS, on November 22, 2013, Defendant Digital Generation, Inc. filed a

---

[1] The "Parties" referenced herein are Lead Plaintiff, Robert M. Lowinger, and Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, Scott K. Ginsburg, and Omar Choucair.

Preliminary Proxy Statement with the U.S. Securities and Exchange Commission containing information that is material to the above-captioned action.

WHEREAS, Lead Plaintiff and his counsel of record have now determined, after careful review and deliberation, to voluntarily dismiss this action;

WHEREAS, Defendants have agreed and stipulated to this dismissal, and have not filed an answer or motion for summary judgment in response to the Complaint;

WHEREAS, at present, this matter has not been certified as a class action;

WHEREAS, under Fed. R. Civ. P. 41(a)(l)(A), Lead Plaintiff is permitted to dismiss this action upon stipulation of the Parties: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing ... (ii) a stipulation of dismissal signed by all parties who have appeared";

WHEREAS, neither Lead Plaintiff nor their counsel of record have received or will receive any consideration for dismissing this action from Defendants or otherwise; and

WHEREAS, because a class has not been certified, Fed. R. Civ. P. 23(e) does not apply to the dismissal of this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and through the Parties and their respective counsel that this action shall be dismissed under the following terms and conditions:

1. The Parties agree that Lead Plaintiff shall voluntarily dismiss the claims alleged in the Complaint, under Fed. R. Civ. P. 41, and that this dismissal is without prejudice.

2. The Parties agree to bear their own costs in connection with this action.

**IT IS SO STIPULATED:**

DATED:  December 6, 2013

| | |
|---|---|
| **VINSON & ELKINS LLP** | **BERNSTEIN LIEBHARD LLP** |
| By: */s/ John C. Wander*<br>    John C. Wander<br>    Texas Bar No. 00791877<br>    Trammell Crow Center<br>    2001 Ross Avenue<br>    Suite 3700<br>    Dallas, TX 75201-2975<br>    Tel  +1.214.220.7878<br>    Fax  +1.214.999.7878<br>    jwander@velaw.com<br><br>    *Attorney for Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, and Scott Ginsburg* | By: */s/ Jeffrey M. Haber*<br>    BERNSTEIN LIEBHARD LLP<br>    10 East 40th Street, 22nd Floor<br>    New York, New York 10016<br>    (212) 779-1414<br>    (212) 779-3218 (facsimile)<br><br>    *Attorneys for Lead Plaintiff and the Putative Class* |
| **FULBRIGHT & JAWORSKI LLP** | **KILGORE + KILGORE LLP** |
| By: */s/ Karl G. Dial*<br>    Karl G. Dial<br>    Texas Bar No. 05800400<br>    Casey Moore<br>    Texas Bar No. 24055997<br>    Fulbright & Jaworski LLP<br>    2200 Ross Avenue<br>    Suite 2800<br>    Dallas, TX 75201-2784<br>    T:+1 214 855 8050<br>    F:+1 214 855 8200<br>    karl.dial@nortonrosefulbright.com<br>    casey.moore@nortonrosefulbright.com<br><br>    *Attorneys for Omar Choucair* | By: */s/ Theodore C. Anderson III*<br>    Theodore C. Anderson III<br>    Texas State Bar No. 01215700<br>    KILGORE + KILGORE LLP<br>    3109 Carlisle<br>    Dallas, Texas, 75204<br>    Telephone: (214) 969-9099<br>    Facsimile: (214) 953-0133<br><br>    *Liaison Counsel for Lead Plaintiff* |

**OF COUNSEL:**

**LATHAM & WATKINS LLP**

   Kevin H. Metz
   John S. Cooper
   555 11th Street NW, Suite 1000
   Washington, D.C. 20004
   Tel:  (202) 637-2200

Fax:   (202) 637-2201
kevin.metz@lw.com
john.cooper@lw.com

Sean M. Berkowitz
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
sean.berkowitz@lw.com

Jeff G. Hammel
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com

*Attorneys for Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, and Scott Ginsburg*