# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ANASTACIA SHAFFER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL GENERATION, INC., NEIL NGUYEN, CRAIG HOLMES, SCOTT K. GINSBURG, and OMAR CHOUCAIR,<br><br>Defendants. | Civil Action No: 3:13-cv-1684-N<br><br>Class Action |

## STIPULATION OF VOLUNTARY DISMISSAL

THE PARTIES[1], BY AND THROUGH THEIR COUNSEL OF RECORD, agree as follows:

WHEREAS, the complaint in the above-captioned, putative securities class action was filed on May 2, 2013 (the "Complaint") by counsel for Anastacia Shaffer;

WHEREAS, the Court appointed Robert M. Lowinger as Lead Plaintiff and Bernstein Liebhard LLP as Lead Counsel in this action by Order dated September 19, 2013;

WHEREAS, the Parties stipulated to a Case Management Plan and Scheduling Order ("CMO") that was so ordered by the Court on October 25, 2013;

WHEREAS, the CMO provides that Lead Plaintiff may file an amended complaint by December 6, 2013;

WHEREAS, on November 22, 2013, Defendant Digital Generation, Inc. filed a

---

[1] The "Parties" referenced herein are Lead Plaintiff, Robert M. Lowinger, and Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, Scott K. Ginsburg, and Omar Choucair.

Preliminary Proxy Statement with the U.S. Securities and Exchange Commission containing information that is material to the above-captioned action.

WHEREAS, Lead Plaintiff and his counsel of record have now determined, after careful review and deliberation, to voluntarily dismiss this action;

WHEREAS, Defendants have agreed and stipulated to this dismissal, and have not filed an answer or motion for summary judgment in response to the Complaint;

WHEREAS, at present, this matter has not been certified as a class action;

WHEREAS, under Fed. R. Civ. P. 41(a)(l)(A), Lead Plaintiff is permitted to dismiss this action upon stipulation of the Parties: "Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing ... (ii) a stipulation of dismissal signed by all parties who have appeared";

WHEREAS, neither Lead Plaintiff nor their counsel of record have received or will receive any consideration for dismissing this action from Defendants or otherwise; and

WHEREAS, because a class has not been certified, Fed. R. Civ. P. 23(e) does not apply to the dismissal of this action;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and through the Parties and their respective counsel that this action shall be dismissed under the following terms and conditions:

1. The Parties agree that Lead Plaintiff shall voluntarily dismiss the claims alleged in the Complaint, under Fed. R. Civ. P. 41, and that this dismissal is without prejudice.

2. The Parties agree to bear their own costs in connection with this action.

**IT IS SO STIPULATED:**

DATED:  December 6, 2013

| | |
|---|---|
| **VINSON & ELKINS LLP** | **BERNSTEIN LIEBHARD LLP** |

By: */s/ John C. Wander*
    John C. Wander
    Texas Bar No. 00791877
    Trammell Crow Center
    2001 Ross Avenue
    Suite 3700
    Dallas, TX 75201-2975
    Tel  +1.214.220.7878
    Fax  +1.214.999.7878
    jwander@velaw.com

   *Attorney for Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, and Scott Ginsburg*

**FULBRIGHT & JAWORSKI LLP**

By: */s/ Karl G. Dial*
    Karl G. Dial
    Texas Bar No. 05800400
    Casey Moore
    Texas Bar No. 24055997
    Fulbright & Jaworski LLP
    2200 Ross Avenue
    Suite 2800
    Dallas, TX 75201-2784
    T:+1 214 855 8050
    F:+1 214 855 8200
    karl.dial@nortonrosefulbright.com
    casey.moore@nortonrosefulbright.com

   *Attorneys for Omar Choucair*

**OF COUNSEL:**

**LATHAM & WATKINS LLP**

   Kevin H. Metz
   John S. Cooper
   555 11th Street NW, Suite 1000
   Washington, D.C. 20004
   Tel:  (202) 637-2200

By: */s/ Jeffrey M. Haber*
    BERNSTEIN LIEBHARD LLP
    10 East 40th Street, 22nd Floor
    New York, New York 10016
    (212) 779-1414
    (212) 779-3218 (facsimile)

   *Attorneys for Lead Plaintiff and the Putative Class*

**KILGORE + KILGORE LLP**

By: */s/ Theodore C. Anderson III*
    Theodore C. Anderson III
    Texas State Bar No. 01215700
    KILGORE + KILGORE LLP
    3109 Carlisle
    Dallas, Texas, 75204
    Telephone: (214) 969-9099
    Facsimile: (214) 953-0133

   *Liaison Counsel for Lead Plaintiff*

Fax:   (202) 637-2201
kevin.metz@lw.com
john.cooper@lw.com

Sean M. Berkowitz
233 South Wacker Drive, Suite 5800
Chicago, IL 60606
Tel: (312) 876-7700
Fax: (312) 993-9767
sean.berkowitz@lw.com

Jeff G. Hammel
885 Third Avenue
New York, NY 10022-4834
Tel: (212) 906-1200
Fax: (212) 751-4864
jeff.hammel@lw.com

*Attorneys for Defendants Digital Generation, Inc., Neil Nguyen, Craig Holmes, and Scott Ginsburg*